134306

RECEI~~V~~ED
BY MA
MAR 14 2002
CLERK US DIST COURT
ST. PAUL, MN

# UNITED STATES DISTRICT COURT

## District of Minnesota

Clerk's Office, 700 Federal Building,
316 North Robert Street, St. Paul, MN 55101
Phone: 651-848-1100

## MOTION FOR ADMISSION PRO HAC VICE

**Case Number:** 02-39 DWF/AJB **Case Title:** Scott Thorne v. Jesco Product

**Affidavit of Movant**

I, Shannon McDonough, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac vice Steven Welhouse, an attorney admitted to practice in the Northern District of Illinois, but not admitted to the bar of this court, who will be counsel for the (x) plaintiff ( ) defendant Scott Thorne in the case listed above. I am aware that the local rules of this court require that I participate in the presentation of the case listed above, and that I accept service of all papers served.

Shannon M. McDonough — Signature

259512 — MN Attorney License #

3/13/02 — Date

**Affidavit of Proposed Admittee**

I, Steven D. Welhouse, am currently a member in good standing of the U.S. District Court for the Northern District of Illinois, but not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed above, and must accept service of all papers served.

Steven D. Welhouse — Type/Print Name

[signature] — Signature

1-15-02 — Date

Attorney License Number: 6244098

Law Firm Name & Address: Schoenberg, Fisher, Newman & Rosenberg, Ltd., 222 S. Riverside Plaza Chicago, IL 60606

Telephone: (312) 648-2300

Motion Granted: Richard D. Sletten
For the Court: Richard D. Sletten, Clerk

MAR 14 2002
Date

Note: The original of this form and the Pro Hac Vice admission fee of $25 shall be filed with the Clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above-entitled action.

FILED MAR 14 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ________
DEPUTY CLERK ________