UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Scott Thorne,

Plaintiff,

vs.

Lesco, Inc.,

Defendant.

Case No.: 02-CV-39 ~~JEL/AJB~~ JNE/JGL

**STIPULATION FOR DISMISSAL WITH PREJUDICE AND ORDER**

---

The parties to the above entitled matter, through their respective counsel, hereby stipulate and agree that this matter may be DISMISSED WITH PREJUDICE, and without further cost to the parties herein. The parties further request the Court to enter judgment pursuant to this stipulation.

**SO STIPULATED:**

Dated: 4/8/03

JACKSON LEWIS LLP

David J. Duddleston (#139804)
Natalie I. Wyatt-Brown (#260757)
150 South Fifth Street, Suite 2800
150 Fifth Street Towers
Minneapolis, MN 55402
(612) 341-8131

ATTORNEYS FOR DEFENDANT

Dated: February 18, 2003

SCHOENBERG, FISHER, NEWMAN & ROSENBERG, LTD

Frederic A. Mendelsohn, Esq.
Steven D. Welhouse, Esq.
222 South Riverside Plaza, Suite 2100
Chicago, Illinois 60606-6101
(312) 648-2300

Donald Chance Mark, Jr. (#67659)
Shannon M. McDonough (#259512)
Fafinski Mark & Johnson, P.A.
6600 City West Parkway, Suite 300
Eden Prairie, Minnesota 55344
(952) 995-9500

ATTORNEYS FOR PLAINTIFF
SCOTT THORNE

FILED APR 11 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTERED APR 11 2003
DEPUTY CLERK'S INITIALS ________

**ORDER**

Pursuant to the Stipulation of the parties, it is hereby ordered that this action be dismissed with prejudice; each party is to bear its own attorney's fees, costs and disbursements.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: April 11, 2003.

JOAN N. ERICKSEN, Judge
United States District Court